```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
PHILIP RAPPA,                              |
                                           |
                Plaintiff,                 |      NOT FOR PUBLICATION
                                           |      ORDER
        -against-                          |
                                           |      03 CV 5286 (CBA)
CONNECTICUT GEN. LIFE INS. CO.             |
AND THE LUCENT TECHS. INC. LONG            |
TERM DISABILITY INCOME PLAN FOR            |
MGMT. EMPLOYEES,                           |
                                           |
                Defendants.                |
------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE
```

This Court has received the report and recommendation ("R&R") of the Honorable Joan M. Azrack, United States Magistrate Judge, recommending that this Court grant Plaintiff's motion for attorney's fees and costs in the amounts of $17,239.80 and $295, respectively, for a total award of $17,534.80.

Because no party objected to the report and recommendation, the Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order.

SO ORDERED.

Dated:   Brooklyn, New York
         July 21, 2005

                                              Carol Bagley Amon
                                              United States District Judge