UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PHILIP RAPPA,

          Plaintiff,

-against-

CONNECTICUT GENERAL LIFE INSURANCE CO.
AND THE LUCENT THE TECHNOLOGIES
INCORPORATED LONG TERM DISABILITY
INCOME PLAN FOR MANAGEMENT EMPLOYEES,

          Defendants.
----------------------------------------X

JUDGMENT
03-CV- 5286 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 2 6 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 21, 2005, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated June 28, 2005, granting plaintiff's motion for attorney's fees and costs in the amount of $17,239.80 and $295.00, respectively, for a total award of $17,534.80; and directing the Clerk of Court to enter judgment accordingly; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; and that judgment is hereby entered granting plaintiff's motion for attorney's fees and costs in the amount of $17,239.80 and $295.00, respectively, for a total award of $17,534.80.

Dated: Brooklyn, New York
       July 21, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court